UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MURRAY, et al.,,

                              Plaintiffs,

          -against-                                26-CV-897 (JGLC)

RHINEBECK CENTRAL SCHOOL
DISTRICT, etc.,                                    **ORDER**

                              Defendants.

JESSICA G. L. CLARKE, United States District Judge:

        The Court has reviewed the Notice of Removal and Complaint in this case. IT IS HEREBY

ORDERED that, within 30 days of service of this order, the parties must meet and confer for at least

one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the

case themselves, they must also discuss whether further settlement discussions through the district's

court-annexed mediation program or before a magistrate judge would be productive at this time.

        IT IS FURTHER ORDERED that within 15 additional days (i.e., within 45 days of service

of this order), the parties must submit a joint letter informing the Court whether the parties have

settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the

Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate

a preference between the two options), or (2) proceed with an initial pretrial conference.

        **Counsel who have entered a notice of appearance as of the issuance of this order are**

**directed (1) to notify counsel for all other parties in this action who have not yet appeared by**

**serving upon each of them a copy of this order and the Court's Individual Rules and Practices**

**forthwith, and (2) to file proof of such notice with the Court.** If unaware of the identity of

counsel for any of the parties, counsel receiving this order must forthwith send a copy of this Order

and the Court's Individual Rules and Practices to that party personally.

Dated: February 6, 2026               SO ORDERED.
       New York, New York

_____

JESSICA G. L. CLARKE
United States District Judge