UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA M. MURRAY and S.M.M., <br><br>                      Plaintiffs, <br><br>           -against- <br><br> RHINEBECK CENTRAL SCHOOL DISTRICT, et al., <br><br>                      Defendants. | 26-CV-897 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On March 4, 2026, Plaintiffs filed a motion to remand to state court. ECF No. 7. Per Local Rule 6.1(b), opposition papers must be filed within 14 days after the moving papers. Accordingly, Defendants' opposition was due on March 18, 2026. To date, the Court has received no opposition. By **March 30, 2026**, Defendants are directed to submit their opposition.

The Court also previously ordered the parties to confer for at least one hour by March 8, 2026, and submit a joint letter by March 23, 2026. *See* ECF No. 5. On March 20, 2026, counsel for Defendants submitted a letter requesting an initial pretrial conference and indicating that the dispute has not settled. He did not specify that settlement conversations have, in fact, taken place, nor did Plaintiffs join in the letter. For the avoidance of doubt, the Court repeats its prior directive: The parties are **required** to meet and confer for at least one hour in a good-faith attempt to settle this action. The parties were required to do so March 8, 2026. To the extent they have not already, the parties must comply with this requirement and submit a joint letter attesting that they have by **April 3, 2026**. The Court can provide a referral to the free Court-annexed mediation program or to a settlement conference with a magistrate judge if desired.

Dated: March 23, 2026
      White Plains, New York

                                      SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge