UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Murray**,

Plaintiffs,

-against-

**Rhinebeck Central School District, et al.,**

Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 4/27/2026

**ORDER RE STATUS CONFERENCE**

*7:26-cv-897 JGLC-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **May 6, 2026  at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044 **and then # to enter the conference.  At the Status Conference, the parties should be prepared to discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

        **SO ORDERED.**

DATED:        White Plains, New York
                April 27, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge